FILED & ENTERED

Attorney or Party Name, Address, Telephone and FAX Number, and California State Bar No.

**MICHAEL POOLE**
**15303 Ventura Blvd**
**Suite 900**
**Sherman Oaks, CA 91403**
**(818)892-5000 Fax: (818)812-7826**
California State Bar Number: **124090**

FOR COURT USE ONLY

SEP 01 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY cetulio    DEPUTY CLERK

☒ Attorney for Debtor
☐ Pro Se Debtor
☐ Chapter 13 Trustee

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

CHAPTER **13**

CASE NUMBER 1:**09-bk-27510-KT**

In re
### Frank Swiadek
### Virginia Swiadek

(No Hearing Required)

Debtor(s).

## ORDER ON:

☐ **OTHER: DEBTOR'S MOTION FOR AUTHORITY TO MODIFY LOAN ON REAL PROPERTY**

Based on Debtor's Motion filed on 8/20/2010 as docket entry number 46 and the recommendation of the Chapter 13 Trustee, it is ORDERED that Debtor's Motion is:

☒   GRANTED          ☐   DENIED

☐   GRANTED on the terms set forth in the Chapter 13 Trustee's comments on or objection to Debtor's Motion

☒   GRANTED on the following conditions:

 **Authority to enter into a loan modification with essentially the same terms as the modification offer filed with this mot**
 **Movant will file the final modification document with the Court as soon as it is prepared by the lender**

*(This Order is continued on the next page.)*

☐ Set for Hearing on _____ at _____.
###

DATED: September 1, 2010

_Kathleen Thompson_

United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.  Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **15303 Ventura Blvd., Suite 900. Sherman Oaks, CA 91403**

A true and correct copy of the foregoing document described as  **DEBTOR'S MOTION FOR AUTHORITY TO MODIFY LOAN ON REAL PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 8/30/2010I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **August 30, 2010** | **Tony Quintanilla** | **/s/ Tony Quintanilla** |
|---|---|---|
| Date | Type Name | Signature |

### ADDITIONAL SERVICE INFORMATION (if needed):

Frank Swiadek
45536 Barrymore Avenue
Lancaster, CA 93534

Virginia Swiadek
45536 Barrymore Avenue
Lancaster, CA 93534

MICHAEL POOLE
LAW OFFICES OF MICHA
15303 Ventura Blvd
Suite 900
Sherman Oaks, CA 91403

Chapter 13 Trustee
Elizabeth F. Rojas
15060 Ventura Bld., Suite 240
Sherman Oaks, CA 91403

First Franklin Financial Corp
c/o Pite Duncan, LLP
4375 Jutland Drive., Suite 200
San Diego, CA 92177

First Franklin Loan Services
PO Box 1838
Pittsburgh, PA 15230

Honorable Judge Kathleen Thompson
21041 Burbank Blvd
Suite 305
Woodland Hills, CA 91367

National City Bank First Franklin
Attention Bankruptcy Department
6750 Miller Rd
Brecksville, OH 44141

US TRUSTEE
21051 Warner Center Lane
Suite 115
Woodland Hills, CA 91367

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled *(specify) DEBTOR'S MOTION FOR AUTHORITY TO MODIFY LOAN ON REAL PROPERTY* was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

John B Acierno ecfcacb@piteduncan.com  Michael Poole Tonyqlaw@gmail.com, mpoole25@gmail.com;mpoole@socal.rr.com Elizabeth (SV) F Rojas (TR) cacb_ecf_sv@ch13wla.com Stefanie A Schiff ecfcacb@piteduncan. United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Frank & Virginia Swiadek

45536 Barrymore Ave

Lancaster, CA 93534

LAW OFFICES OF MICHAEL POOLE

15303 Ventura Blvd., Suite 900

Sherman Oaks, CA 91403

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

**ADDITIONAL SERVICE INFORMATION** (if needed):

| | | |
|---|---|---|
| Frank Swiadek<br>45536 Barrymore Avenue<br>Lancaster, CA 93534 | Virginia Swiadek<br>45536 Barrymore Avenue<br>Lancaster, CA 93534 | MICHAEL POOLE<br>LAW OFFICES OF MICHA<br>15303 Ventura Blvd<br>Suite 900<br>Sherman Oaks, CA 91403 |
| Chapter 13 Trustee<br>Elizabeth F. Rojas<br>15060 Ventura Bld., Suite 240<br>Sherman Oaks, CA 91403 | First Franklin Financial Corp<br>c/o Pite Duncan, LLP<br>4375 Jutland Drive., Suite 200<br>San Diego, CA 92177 | First Franklin Loan Services<br>PO Box 1838<br>Pittsburgh, PA 15230 |
| Honorable Judge Kathleen Thompson<br>21041 Burbank Blvd<br>Suite 305<br>Woodland Hills, CA 91367 | National City Bank First Franklin<br>Attention Bankruptcy Department<br>6750 Miller Rd<br>Brecksville, OH 44141 | US TRUSTEE<br>21051 Warner Center Lane<br>Suite 115<br>Woodland Hills, CA 91367 |